# MEMORANDUM DECISIONS.

In re AGINS (H. B. CLAFLIN CO., Appellant). (Circuit Court of Appeals, Second Circuit. February 7, 1899.) No. 130. Appeal from the District Court of the United States for the Southern District of New York. E. J. Myers, for appellant. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Order of circuit court affirmed.

ANDERSON et al. v. GIBBONS. (Circuit Court of Appeals, Sixth Circuit. March 7, 1899.) No. 670. Appeal from the Circuit Court of the United States for the Western District of Michigan. Fitzgerald & Barry and J. W. Champlin, for appellant. Fletcher & Wanty, for appellee. Dismissed on motion of appellant.

THE ASTRID. (Circuit Court of Appeals, Fourth Circuit. February 23, 1899.) No. 304. Appeal from the District Court of the United States for the Eastern District of Virginia. Whitehurst & Hughes, for appellant. Hughes & Little, for appellee. Appeal dismissed in open court, on motion of proctor for appellant.

BISBEE et al. v. BISBEE. (Circuit Court of Appeals, Fifth Circuit. February 15, 1898.) No. 580. Appeal from the Circuit Court of the United States for the Southern District of Florida. J. Ward Gurley, for appellant. Dismissed on motion of appellant.

THE BRITISH KING. (Circuit Court of Appeals, Second Circuit. March 15, 1899.) No. 97. Appeal from the District Court of the United States for the Southern District of New York. Eustace Conway, for appellant. J. Parker Kirlin, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Decree affirmed, with costs, on opinion of district court. 89 Fed. 872.

CHESAPEAKE & O. R. CO. v. LAMBERT. (Circuit Court of Appeals, Sixth Circuit. March 7, 1899.) No. 666. Simrall & Galvin and Wadsworth & Cochran, for plaintiff in error. J. A. Scott and Dinkle & Montague, for defendant in error. Dismissed per stipulation.

CINCINNATI, N. & C. R. CO. v. CLARK. (Circuit Court of Appeals, Sixth Circuit. March 20, 1899.) No. 644. In Error to the Circuit Court of the United States for the Southern District of Ohio. Bromwell & Bruce and Simrall & Galvin, for plaintiff in error. C. W. Baker, for defendant in error. No opinion. Affirmed, with costs.